AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

## _____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

_Efrain Mejia-Flores,_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number:  _08-47-M_

I, _Efrain Mejia-Flores_ , charged in a (complaint) (petition)
pending in this District with _Illegal readmission into the United States_
in violation of Title _8_ , U.S.C., _1326(a) and 1326(b)(1)_ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R.
Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to
a preliminary (examination) (hearing).

_Efrain Mejia Flores_
Defendant

_2/27/2008_
Date

_Kevin Bradford_
Counsel for Defendant