IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-48 |
| EFRAIN MEJIA-FLORES, | : | REDACTED |
| Defendant. | : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about February 26, 2008, in the State and District of Delaware, the defendant herein, EFRAIN MEJIA-FLORES, an alien and subject of Mexico, who had been removed from the United States on or about July 26, 2004, August 2, 2004, October 9, 2004, October 24, 2004, December 30, 2004, January 18, 2005, May 28, 2005, June 5, 2005, and January 4, 2006, was found in the United States, the defendant was knowingly in the United States, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

/s/ Foreperson

COLM F. CONNOLLY
United States Attorney

BY: /s/
Shawn A. Weede
Assistant United States Attorney

Dated: March 25, 2008