UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 08-48-GMS |
| ) | |
| Efrain Mejia-Flores, ) | |
| ) | |
| Defendant. ) | |

O R D E R

This 3rd day of April 2008, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before April 17th 2008. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

> Honorable Leonard P. Stark
> U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney