# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : Criminal Action No. 08-48-GMS |
| EFRAIN MEJIA-FLORES, | : |
| Defendant. | : |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below:

1. The Grand Jury returned an Indictment against the defendant on March 25, 2008.

2. The pre-trial motions date was set for April 17, 2008. D.I. 8. No pre-trial motions have been filed as of the date of this application.

3. The government requests that the Court exclude the time from the date of this motion until the date set for the scheduling conference under the Speedy Trial Act (18 U.S.C. § 3161 *et seq*.). The government submits that the time is excludable because the ends of justice served by a

brief continuance to allow the parties to meet and confer outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

                                  COLM F. CONNOLLY
                                  United States Attorney

BY:    Shawn A. Weede
        Shawn A. Weede
        Assistant United States Attorney
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, Delaware 19899-2046

Dated: April 29, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : Criminal Action No. 08-48-GMS |
| EFRAIN MEJIA-FLORES, | : |
| Defendant. | : |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2008, that

1. A scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, **IT IS FURTHER ORDERED** that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

>                          _____
>                          HONORABLE GREGORY M. SLEET
>                          CHIEF JUDGE
>                          UNITED STATES DISTRICT COURT