IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                :
                                         :
    Plaintiff,                           :
                                         :
                                         : Criminal Action No. 08-48-GMS
                                         :
EFRAIN MEJIA-FLORES,                     :
                                         :
    Defendant.                           :

### ORDER

IT IS HEREBY ORDERED this 1st day of May, 2008, that

1. A scheduling conference in this matter will be held on the 6th day of May at 9:30 a.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, **IT IS FURTHER ORDERED** that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

                                              HONORABLE GREGORY M. SLEET
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT



FILED
MAY - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3