IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-48 GMS |
| | ) | |
| EFRAIN MEJIA-FLORES | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this 6th day of May 2008, having been advised by counsel that defendant may intend to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Monday, June 9, 2008, at 4:15 p.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.  **Counsel are to advise the court as soon as possible if this proceeding will not go forward as scheduled;**

IT IS FURTHER ORDERED that the time between this Order and the **June 9, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).


/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE