IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 08-48 GMS |
| | : |
| EFRAIN MEJIA-FLORES | : |

**ORDER**

IT IS HEREBY ORDERED that the change of plea hearing regarding the above-captioned defendant is RESCHEDULED to **Friday, June 13, 2008, at 9:30 a.m.** before Chief Judge Gregory M. Sleet, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

June 9, 2008